IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KETURAH WINTERS, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>AKZO NOBEL SURFACE CHEMISTRY, LLC,<br>*et al.*,<br>Defendants. | | CIVIL ACTION<br>No. 19-5398 |

## ORDER

**AND NOW**, this 27th day of April, 2020, upon consideration of Defendant Nouryon Surface Chemistry LLC's (named in Plaintiffs' Amended Complaint as "Akzo Nobel Surface Chemistry, LLC *a/k/a Akzo Nobel, Inc., a/k/a Akzo Nobel Coatings, Inc., a/k/a Nouryon Surface Chemistry, LLC*" and heretofore referred to as "Nouryon SC") first "Motion to Dismiss Plaintiffs' Complaint For A Lack of Personal Jurisdiction" (ECF No. 20), Nouryon SC's second "Motion to Dismiss Plaintiffs' Complaint For A Lack of Personal Jurisdiction" (ECF No. 23), and all supporting and opposing papers, it is hereby **ORDERED** as follows:

1. Nouryon SC's first Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 20) is **DENIED AS MOOT**[1];

2. Nouryon SC's second Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 23) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion; and

---

[1] Defendant Nouryon SC filed its first Motion to Dismiss for Lack of Personal Jurisdiction on February 18, 2020.  (*See* ECF No. 20.)  On March 3, 2020 Plaintiffs filed an Amended Complaint in response.  (*See* ECF No. 22.)  As such, Nouryon SC's first Motion is denied as moot.

3. All claims in this matter asserted against Defendant Nouryon SC are hereby **TRANSFERRED** to the United States District Court for the District of Delaware.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.