IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KETURAH WINTERS, *et al.*,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>AKZO NOBEL SURFACE CHEMISTRY, LLC,<br>*et al.*,<br>　　　　　　Defendants. | CIVIL ACTION<br>No. 19-5398 |

### ORDER

**AND NOW**, this 12th day of May, 2020, upon consideration of Defendant Bacarella Transportation Services, Inc.'s, (d/b/a BTX Global Logistics, hereinafter "BTX") Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 30), and all supporting and opposing papers, it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey L. Schmehl
　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.