IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KETURAH WINTERS, *et al.*,<br>　　　　　Plaintiffs,<br><br>v.<br><br>AKZO NOBEL SURFACE CHEMISTRY, LLC, *et al.*,<br>　　　　　Defendants. | CIVIL ACTION<br>No. 19-5398 |

## ORDER

**AND NOW**, this 13th day of April, 2021, upon review of the motions before the Court, the responses thereto, and having held oral argument, it is hereby **ORDERD** that plaintiffs' Motion to Remand is **DENIED** and Worldwide Flight Services' Motion to Strike is **GRANTED**. All claims against BDP International, Inc., shall be **SEVERED AND REMANDED** to Pennsylvania state court.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.